MAMTEK U.S., INC.
a Guarantor

By: *[signature]*
Name: *Bruce A. Cole*
Title: *Chairman + CEO*

10

5.  Guaranty Agreement – Moberly IDA Annual Appropriation Bonds Series 2010

**EXHIBIT D**
**Page 13 of 17**

MAMTEK INTERNATIONAL
a Guarantor

By: *(signature)*
Name: Bruce H. Cole
Title: Chairman + CEO

11

5. Guaranty Agreement – Moberly IDA Annual Appropriation Bonds Series 2010

**EXHIBIT D**
**Page 14 of 17**

Accepted and Agreed to by:
**CITY OF MOBERLY, MISSOURI,**
the City

By: *Bob Riley* (signature)
Name: BOB RILEY
Title: MAYOR

12

5. Guaranty Agreement – Moberly IDA Annual Appropriation Bonds Series 2010

**EXHIBIT D**
**Page 15 of 17**

## EXHIBIT A
## THE SECURITY

The Security shall include all of the Guarantors' right title and interest in and to, collectively, the patents, trade secrets and other intellectual property owned by or licensed to the Guarantors or either of them which identify the proprietary manufacturing processes used and to be used by the Company at the Project, including, without limitation, all documentation of the foregoing held by Perkins Coie, LLP or Ramwell International on behalf of the Guarantors or either of them together with the all of the Company's then-existing sales and product agreements and contracts, all training contracts or agreements for providing training in the manufacturing and operations of the Project, all contracts between the Company and material suppliers, all employment contracts between the Company and persons employed or to be employed at the Project, together with and subject to all rights and privileges pledged and assigned, agreed or intended so to be under this Guaranty, including without limitation the following:

Patent Application U.S. #2008/0103295 filed October 25, 2006; Patent Application U.S. #2008/103298 filed October 25, 2006; Patent Application U.S. #2010/0019195 filed July 23, 2008' and Patent Application U.S. #2010/0022765 filed July 23, 2008, together with any and all existing or future patents, patent applications, continuations, continuations-in-part, divisionals, reissues, re-exams and all related counterparts along with any designs, algorithms and other intellectual and industrial property and proprietary rights of every kind and nature throughout the world, whether arising by operation of law, contract, license or otherwise, included or incorporated within any of the foregoing, and any and all other rights deriving from any of the foregoing, and any and all new patents or patent applications created or filed form or after the date hereof by or for the benefit of the Guarantors or either of them which are, in any way, derivative of, based upon or incorporate any of the concepts or technology constituting or incorporated in any of the current or existing patents or patent applications.

Trade secrets in the custody of Perkins Coie, LLP or Ramwell International or others including, without limitation, the following information and documentation:

> Step-by-step process for the production and manufacture of sucralose using the Company's large scale efficient process for a production line with an annual output capacity of 60 metric tons;
>
> Blueprints for assembling a large scale sucralose production line with an annual output capacity of 60 metric tons;
>
> Photos of a sucralose production line currently operating in the People's Republic of China;
>
> Vendor names and related part numbers of components used in the assembly of the 60 metric ton production line;
>
> Chemical formulas for the production of sucralose using the Company's methods; and

Chemical processes related to large scale efficient sucralose production including, without limitation, mixing basic chemical formulations required in sucralose production.

Audit reports prepared by Perkins Coie, LLP documenting the foregoing.

Training manuals and other training materials for the production force at the Project including, without limitation materials on quality control, quality assurance and routine equipment maintenance.

Sales contracts between either or both of the Guarantors and Xibo Pharmaceutical Group, Shandong Province, People's Republic of China dated on or about February 26, 2010 and including assignments of same to the Company.

Any and all other sales or production agreements now or hereafter made with or entered into by the Guarantors or either of them for the production or sale of sucralose within the territorial jurisdictions of the United States of America, the Republic of Mexico, or the Dominion of Canada.

The License Agreement dated as of July 1, 2010 by and between Mamtek International as Licensor and Mamtek, U.S., Inc. as Licensee and any and all "Intellectual Property," "Licensed Patents," "Operating Manuals," "Proprietary Technology," and "Trade Secrets," as such terms are used a defined in the aforesaid License Agreement.

The foregoing Security shall additionally include, without limitation, any direct or indirect additions, improvements, adaptations, extensions, expansions, derivative works or processes, modifications, repurposing or other developments based upon or incorporating any portion of the aforesaid Proprietary Technology now or hereafter developed during the Term of this Guaranty, in whole or in part, by or for the benefit of the Guarantors or either of them, or owned or controlled by or assigned or licensed to the Guarantors or either of them, expressly including any technology improvements now or hereafter created or developed by the Guarantors or either of them or any other licensee of the Guarantors or either of them whether or not such technology improvements are patentable or constitute protectable trade secrets.