

September 1, 2011

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

The Industrial Development Authority of the
City of Moberly, Missouri
115 A North Williams Street
Moberly, Missouri 65270
Attn: Chair

City of Moberly, Missouri
101 West Reed Street – City Hall
Moberly, Missouri 65270
Attn: City Manager

    Re:    **Event of Default**

Dear Chair and City Manager:

UMB Bank, n.a., as trustee, ("Trustee") under that certain Indenture of Trust dated July 1, 2010, between The Industrial Development Authority of the City of Moberly, Missouri ("Authority"), the City of Moberly, Missouri ("City") and the Trustee, pertaining to $8,440,000 of Annual Appropriation Capital Project Bonds (Project Sugar) Series 2010-A (Taxable), $3,025,000 of Annual Appropriation Capital Project Bonds (Project Sugar) Series 2010-B (Tax-Exempt) and $27,535,000 of Annual Appropriation Capital Project Bonds (Project Sugar) Series 2010-C (Tax-Exempt) (the Series 2010-A, 2010-B and 20010-C Bonds are collectively referred to as the "Bonds"), hereby gives notice to you that the City is under that certain Financing Agreement dated as of July 1, 2010 between the Authority and the City in Default for failure of the City to make or cause to be made due and punctual payment of the amounts required pursuant to Section 4.01(a) of said Agreement within 10 days of the August 15, 2011 due date.

Upon the expiration of applicable cure periods the Default for which notice is given hereby will have matured and the Trustee will then be entitled to exercise all rights and remedies under the Indenture and documents which have been assigned to it or as otherwise available at law.

September 1, 2011
Page 2

Any questions concerning this notice may be directed to the undersigned or to its council which is Norman Fretwell at the firm of Spencer Fane Britt & Browne, LLP, 1000 Walnut Street, Suite 1400, Kansas City, Missouri 64106 (816) 292-8121.

Very truly yours,

Mark Flannagan,
Senior Vice President

cc: Thomas Cunningham via email

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Moberly, Missouri
101 West Reed Street – City Hall
Moberly, Missouri 65270
Attn: City Manager

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Danny Chance
C. Date of Delivery: 9-6-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from se...): 7001 2510 0000 3358 5219

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Industrial Development Authority
of the City of Moberly, Missouri
115 A North Williams Street
Moberly, Missouri 65270
Attn: Chair

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 9-6-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from se...): 7001 2510 0000 3358 5226

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT G**
**Page 3 of 3**