IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UMB Bank, N.A., as Trustee, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11-cv-01925 |
| Mamtek U.S., Inc. and Mamtek International, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Scott J. Goldstein, Spencer Fane Britt & Browne LLP, 1000 Walnut Street, Suite 1400, Kansas City, Missouri 64016, enters his appearance as one of the attorneys for Plaintiff UMB Bank, N.A., as Trustee, in the captioned case.

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Scott J. Goldstein
Douglas M. Weems          EDMO #41162MO
Scott J. Goldstein         EDMO #28698MO
Lisa Epps Dade            EDMO #48544MO
Heather M. Morris         MO #63107
dweems@spencerfane.com
sgoldstein@spencerfane.com
leppsdade@spencerfane.com
hmorris@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
(816) 474-8100
(816) 474-3216– Fax

and

1 North Brentwood Boulevard
Suite 1000
St. Louis, MO 63105-3925

ATTORNEYS FOR PLAINTIFF
UMB BANK, N.A., SOLELY IN ITS
CAPACITY AS TRUSTEE

WA 3149969.1