## SCHEDULE 1
## SERIES A PROJECT

| Item Category/Description | Estimated Cost |
|---|---|
| **1.000 General Conditions** | |
| Mobilization/Overhead | $89,000 |
| Engineering/Architecture | 300,000 |
| Performance Bond/Builder's Risk | 150,000 |
| Construction Financing/Costs of Issuance | 786,600 |
| Subtotal | **$1,325,600** |
| **2.000 Sitework** | |
| Testing | $15,000 |
| Site Grading | 349,200 |
| Subtotal | **$364,200** |
| **3.000 Concrete** | |
| Building Foundations | $130,700 |
| Subtotal | **$130,700** |
| **5.000 Steel** | |
| Miscellaneous | $20,000 |
| Subtotal | **$20,000** |
| **8.000 Door and Windows** | |
| Dock and Grade Doors | $30,000 |
| Subtotal | **$30,000** |
| **9.000 Finishes** | |
| Factory Finishes-Exposed Steel | $143,200 |
| Restrooms/Breakroom/Equipment Rooms | 70,000 |
| Subtotal | **$213,200** |
| **11.000 Equipment** | |
| Steam Generator | $225,000 |
| Subtotal | **$225,000** |
| **12.000 Furnishings** | |
| Office Cabinets/Desks/Work Surfaces | $50,000 |
| Warehouse Shelving/Lab Equipment/Materiel Handling | 275,000 |
| Subtotal | **$325,000** |
| **13.000 Special Construction** | |
| Pre-Engineered Metal Building Erection | $500,000 |
| Clean Room | 587,500 |
| Signage | 20,000 |
| Subtotal | **$1,107,000** |
| **15.000 Mechanical** | |
| Plumbing | $60,000 |
| HVAC | 824,200 |
| Fire Protection | 300,000 |
| Subtotal | **$1,184,200** |
| **16.000 Electrical** | |
| Lighting and Power Supply | $787,500 |
| Subtotal | **$787,500** |
| **GRAND TOTAL** | **$5,712,900** |

Schedule-1

1. Trust Indenture – Moberly IDA Annual Appropriation Bonds Series 2010

EXHIBIT A
Page 71 of 73

# SCHEDULE 2
# SERIES B PROJECT

| Item Category/Description | Estimated Cost |
|---|---|
| **0.000 Offsite Improvements** | |
|     Road Access Improvements | $760,000 |
|     Water Main Improvements | 75,000 |
|     Sanitary Sewerage Improvements | 50,000 |
|     Storm Water Collection Improvements | 75,000 |
|     Drainage/Erosion Control/Landscaping | 40,000 |
| Subtotal | **$1,000,000** |
| **1.000 General Conditions** | |
|     Mobilization/Overhead | $47,500 |
|     Engineering/Architecture | 200,000 |
|     Performance Bond/Builder's Risk | 100,000 |
|     Construction Financing/Costs of Issuance | 68,400 |
| Subtotal | **$415,900** |
| **2.000 Sitework** | |
|     Testing | $10,000 |
|     Site Grading | 232,800 |
|     Site Pavement | 775,800 |
|     Curb and Gutter | 100,000 |
|     Site Storm Drainage | 30,000 |
|     Site Water | 7,500 |
|     Site Sewer | 6,000 |
|     Erosion Control | 2,000 |
|     Landscaping/Beautification | 20,000 |
| Subtotal | **$1,084,100** |
| **GRAND TOTAL** | $2,600,000 |

## SCHEDULE 3
## SERIES C PROJECT

| Item Category/Description | Estimated Cost |
|---|---|
| **1.000 General Conditions** | |
| Mobilization/Overhead | $13,500 |
| Subtotal | **$13,500** |
| **2.000 Sitework** | |
| Site Pavement | 86,200 |
| Erosion Control | 3,000 |
| Security Entrance/Fencing | 100,000 |
| Subtotal | **$189,200** |
| **3.000 Concrete** | |
| Building Foundations | $869,300 |
| Subtotal | **$869,300** |
| **13.000 Special Construction** | |
| Office/Laboratory | $625,000 |
| Pre-Engineered Metal Building | 1,100,000 |
| Pre-Engineered Metal Building Insulation | 220,000 |
| Subtotal | **$1,945,000** |
| **17.000 Production Lines** | |
| Water Pre-Treatment | $250,000 |
| Water Recycling | 130,500 |
| Production Line Equipment and Installation | 21,290,000 |
| Subtotal | **$21,670,500** |
| **GRAND TOTAL** | $24,687,500 |