2.

| Due Date | Principal Amount | Interest Amount | Total |
|---|---|---|---|
| August 15, 2023 | N/A | $81,296.88 | $81,296.88 |
| February 15, 2024 | N/A | $81,296.88 | $81,296.88 |
| August 15, 2024 | N/A | $81,296.88 | $81,296.88 |
| February 15, 2025 | N/A | $81,296.88 | $81,296.88 |
| August 15, 2025 | $3,025,000.00 | $81,296.88 | $3,106,296.88 |
| TOTALS | $3,025,000.00 | $2,454,262.47 | $5,479,262.47 |

### SERIES C LOAN

| Due Date | Principal Amount | Interest Amount | Total |
|---|---|---|---|
| February 15, 2011 | N/A | $959,901.46 | $ 959,901.46 |
| August 15, 2011 | N/A | $807,393.75 | $ 807,393.75 |
| February 15, 2012 | N/A | $807,393.75 | $ 807,393.75 |
| August 15, 2012 | $370,000.00 | $807,393.75 | $1,177,393.75 |
| February 15, 2013 | N/A | $797,681.25 | $ 797,681.25 |
| August 15, 2013 | $370,000.00 | $797,681.25 | $1,167.681.25 |
| February 15, 2014 | N/A | $787,968.75 | $ 787,968.75 |
| August 15, 2014 | $695,000,00 | $787,968.75 | $1,482,968.75 |
| February 15, 2015 | N/A | $768,412.50 | $ 768,412.50 |
| August 15, 2015 | $2,600,000.00 | $768,412.50 | $3,368,412.50 |
| February 15, 2016 | N/A | $692,643.75 | $ 692,643.75 |
| August 15, 2016 | $2,600,000.00 | $692,643.75 | $3,292,643.75 |
| February 15, 2017 | N/A | $616,875.00 | $ 616,875.00 |
| August 15, 2017 | $2,600,000.00 | $616,875.00 | $3,216,875.00 |
| February 15, 2018 | N/A | $541,106.25 | $ 541,106.25 |
| August 15, 2018 | $2,600,000.00 | $541,106.25 | $3,141,106.25 |
| February 15, 2019 | N/A | $465,337.50 | $ 465,337.50 |
| August 15, 2019 | $2,600,000.00 | $465,337.50 | $3,065,337.50 |
| February 15, 2020 | N/A | $389,568.75 | $ 389,568.75 |
| August 15, 2020 | $2,600,000.00 | $389,568.75 | $2,989,568.75 |
| February 15, 2021 | N/A | $313,800.00 | $ 313,800.00 |
| August 15, 2021 | $2,600,000.00 | $313,800.00 | $2,913,800.00 |
| February 15, 2022 | N/A | $236,625.00 | $ 236,625.00 |
| August 15, 2022 | $2,600,000.00 | $236,625.00 | $2,836,625.00 |
| February 15, 2023 | N/A | $158,625.00 | $ 158,625.00 |
| August 15, 2023 | $2,600,000.00 | $158,625.00 | $2,758,625.00 |
| February 15, 2024 | N/A | $ 80,625.00 | $ 80,625.00 |
| August 15, 2024 | $2,700,000.00 | $ 80,625.00 | $2,780,625.00 |
| TOTALS | $27,535,000.00 | $15,080,620.21 | $42,615,620.21 |

- 22 -

2.  Finance Agreement – Moberly IDA Annual Appropriation Bonds Series 2010

EXHIBIT B
Page 25 of 26

### ANNEX 1
### LEGAL DESCRIPTION

A tract of land lying in the Southwest Quarter of Section 24 and the Northwest Quarter of Section 25 all in Township 54 North, Range 14 West of the Fifth Principal Meridian, and being part of Parcel #2 as shown by survey recorded in Plat Book B, Volume 7, Page 9; Randolph County, Missouri, being more particularly described as follows:  Commencing at an iron rod marking the Northwest corner of said Section 25, thence along the North line of said Section 25, South 88 degrees 14 minutes 40 seconds East 234.37 feet to the Point of Beginning; thence North 01 degree 45 minutes 04 seconds East 752.87 feet to an iron rod on the North line of said Parcel #2; thence along the North line of said Parcel #2, South 88 degrees 13 minutes 51 seconds East 1613.00 feet to an iron rod at the Northeast corner of said Parcel #2; thence along the East line of said Parcel #2, South 01 degree 29 minutes 37 seconds West 890.00 feet to an iron rod; thence North 88 degrees l3 minutes 51 seconds West 1617.00 feet to an iron rod; thence North 01 degree 45 minutes 04 seconds East 137.12 feet to the Point of Beginning.