## EXHIBIT A cont'd.

### The Series C Project

| Item Category/Description | Estimated Cost |
|---|---:|
| **1.000 General Conditions** | |
| Mobilization/Overhead | $13,500 |
| Subtotal | **$13,500** |
| **2.000 Sitework** | |
| Site Pavement | 86,200 |
| Erosion Control | 3,000 |
| Security Entrance/Fencing | 100,000 |
| Subtotal | **$189,200** |
| **3.000 Concrete** | |
| Building Foundations | $869,300 |
| Subtotal | **$869,300** |
| **13.000 Special Construction** | |
| Office/Laboratory | $625,000 |
| Pre-Engineered Metal Building | 1,100,000 |
| Pre-Engineered Metal Building Insulation | 220,000 |
| Subtotal | **$1,945,000** |
| **17.000 Production Lines** | |
| Water Pre-Treatment | $250,000 |
| Water Recycling | 130,500 |
| Production Line Equipment and Installation | 21,290,000 |
| Subtotal | **$21,670,500** |
| **GRAND TOTAL** | **$24,687,500** |

**EXHIBIT B**
**FORM OF REQUISITION CERTIFICATE**
**SERIES A/SERIES B/SERIES C PROJECT COSTS**

Requisition No. _____
Date: _____, 2010

**REQUISITION CERTIFICATE**
**SERIES A/SERIES B/SERIES C PROJECT COSTS**

TO: **UMB BANK, N.A., AS TRUSTEE (THE "TRUSTEE") UNDER THAT CERTAIN TRUST INDENTURE DATED AS OF JULY 1, 2010 (THE "INDENTURE"), BETWEEN THE CITY OF MOBERLY, MISSOURI (THE "CITY") AND THE TRUSTEE, AND THAT CERTAIN MANAGEMENT AGREEMENT OF EVEN DATE THEREWITH, BETWEEN THE CITY AND MAMTEK U.S., INC. (THE "COMPANY").**

The undersigned hereby requests that a total of $_____ be deemed paid for Project Costs (as defined in said Indenture) in such amounts and for such purposes as set forth on **Schedule 1** attached hereto.

I hereby state and certify: (i) that the amounts requested are or were necessary and appropriate in connection with the acquisition, installation and equipping of the Project (as defined in the Indenture), have been properly incurred and are a proper charge against the Series A/Series B/Series C Project Fund; (ii) have been paid by the Company or are justly due to the persons whose names and addresses are stated on **Schedule 1** hereto; (iii) have not been the basis of any previous Requisition from the Project Funds, and (iv) that, as of this date, except for the amounts referred to above, there are no outstanding disputed statements for which payment is requested for labor, wages, materials, supplies or services in connection with the purchase, construction, installation, and equipping of the Project which, if unpaid, might become the basis of a vendors', mechanics', laborers' or materialmen's statutory or similar lien upon the Project or any part thereof.

**MAMTEK U.S., INC.**

By: _____
   Name:
   Title:

**CITY OF MOBERLY, MISSOURI**

By: _____
   Authorized City Representative

B-1
3. Management Agreement – Moberly IDA Annual Appropriation Bonds Series 2010

**EXHIBIT C**
**Page 38 of 39**

## SCHEDULE 1
## TO REQUISITION CERTIFICATE NO. ____

| Payee and Address | Description | Amount |
| --- | --- | --- |
| | | |