# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UMB BANK, N.A., as Trustee, | ) <br> ) <br> ) |
| Plaintiff(s), | ) <br> )  Case No. 4:11-cv-1925 |
| vs. | ) |
| MAMTEK U.S., INC., and <br> MAMTEK INTERNATIONAL, | ) <br> ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for UMB Bank, N.A. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   UMB Financial Corporation

2. Subsidiaries not wholly owned by the corporation:


3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   UMB Financial Corporation is a publicly held company that owns ten percent (10%) or more of UMB Bank, N.A.

/s/ Douglas M. Weems
Signature (Counsel for Plaintiff/Defendant)
Print Name: Douglas M. Weems
Address: Spencer Fane Britt & Browne
1000 Walnut, Suite 1400
City/State/Zip: 64106
Phone: 816-474-8100

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 4 Day of November, 20 11.