## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UMB BANK, N.A., as Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-1925 |
| ) | |
| Mamtek U.S., Inc., and ) | |
| Mamtek International, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SET HEARING

Plaintiff requests that this Court set a date and time certain for an evidentiary hearing on Plaintiff's Emergency Motion for Order Appointing Receiver and Memorandum in Support of Emergency Motion for Order Appointing Receiver.  Plaintiff is available for a hearing on November 14, 15, 16, 21, or 22.

Therefore, Plaintiff requests the Court set a date certain for an evidentiary hearing on Plaintiff's Motion.

Respectfully Submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Douglas M. Weems
Douglas M. Weems      EDMO #41165MO
Scott J. Goldstein    EDMO #28698MO
Lisa Epps Dade        EDMO #48544MO
Heather M. Morris     MO #63107
dweems@spencerfane.com
sgoldstein@spencerfane.com
leppsdade@spencerfane.com
hmorris@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
(816) 474-8100
(816) 474-3216– Fax

WA 3157837.1

and

1 North Brentwood Boulevard
Suite 1000
St. Louis, MO 63105-3925

ATTORNEYS FOR PLAINTIFF
UMB BANK, N.A., SOLELY IN ITS
CAPACITY AS TRUSTEE